```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Jacob Lee Maciaszek

    v.                                            Case No. 24-cv-387-SE-TSM

Northern NH Correctional Facility, et al.

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated January 13, 2026. For the reasons explained therein, the complaint is dismissed for failure to state a claim. The clerk is directed to issue judgment and close this case.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                  /s/ Samantha D. Elliott
                                                  Samantha D. Elliott
                                                  Chief Judge

Date: February 24, 2026

cc:   Jacob Lee Maciazek, pro se